UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



HELEN SWARTZ, Individually,

    Plaintiff,

vs.

LOTTE HOTEL NEW YORK PALACE, LLC,
a Delaware Limited Liability Company,

    Defendant.

Case No. 1:17-cv-00145-KBF

### STIPULATION FOR DISMISSAL WITH PREJUDICE, ~~WITH COURT'S RETENTION OF JURISDICTION~~ ~~TO ENFORCE SETTLEMENT AGREEMENT~~ (KBF)

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a confidential Settlement Agreement executed between the parties. ~~The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.~~ (KBF)

FOR THE PLAINTIFF:

_/s/ Lawrence A. Fuller_
Lawrence A. Fuller, Esq. (LF5450)
lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199

Dated: July 28, 2017

FOR THE DEFENDANT:

_/s/ Peter T. Shapiro_
Peter T. Shapiro, Esq.
Peter.Shapiro@lewisbrisbois.com,
Adam Collyer, Esq.
Adam.Collyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street - Suite 2100
New York, NY 10005
Telephone: (212) 232-1300

Dated: July 24, 2017

**SO ORDERED:**

_/s/ KB. Fo_   8/10/17
KATHERINE B. FORREST

4836-9553-4156.1

(This Court does not retain jurisdiction to enforce settlement agreement.)